# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ELIZABETH SONK, | ) | **Case No.: 10-CV-01568** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **(Unlawful Debt Collection Practices)** |
| | ) | |
| CENTRAL CREDIT SERVICES, | ) | |
| INC., | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the above-captioned case has been

DISMISSED with prejudice.


_/s/  Amy L. Bennecoff_____
Amy L. Bennecoff, Esquire
Kimmel & Silverman, PC
1930 E. Marlton Pike, Suite Q 29
Cherry Hill, NJ 08003

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of June 2010, that a copy of the

aforegoing Notice of Voluntary Dismissal was e-filed and sent by regular mail to:

Paul Whitson, Esq.
Central Credit Services, Inc.
9550 Regency Square Blvd., Suite 602
Jacksonville, FL 32225

_____/s/ Amy L. Bennecoff\_\_\_
Attorney for Plaintiff
Amy L. Bennecoff, Esquire
Kimmel & Silverman, PC
1930 E. Marlton Pike, Suite Q 29
Cherry Hill, NJ 08003